# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JAMIE KAY KELLY, <br><br> Defendant. | Case No. 4:13-cr-40105-JPG-2 |

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

Defendant Jamie Kay Kelly has filed a motion asking the Court to recommend to the Federal Bureau of Prisons that they allow Kelly to receive placement into a residential re-entry center, followed by a period of home confinement. (ECF No. 115.) The Court cannot grant Kelly's request. 18 U.S.C. § 3582 "precludes modification of a prison term except on motion of the Bureau of Prisons." *United States v. Jumah*, 431 F. App'x 494, 496 (7th Cir. 2011). The BOP has made no such motion here, so there is no justiciable case or controversy for the Court to adjudicate. What Kelly actually seeks is an advisory opinion, and it is well established that advisory opinions do not constitute a justiciable "case or controversy" under Article III of the U.S. Constitution. *Flying J Inc. v. City of New Haven*, 549 F.3d 538, 544 (7th Cir. 2008). Accordingly, the Court **DISMISSES** Kelly's motion.

**IT IS SO ORDERED.**

**DATED: SEPTEMBER 18, 2018**

                                          *s/ J. Phil Gilbert*
                                          **J. PHIL GILBERT**
                                          **DISTRICT JUDGE**